STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Robert L. Cabes
Milling, Benson, et al
101 La Rue France, Ste 200
Lafayette LA 70505

Lee Ann Archer
Attorney at Law
1225 Rustic Lane
Lake Charles LA 70605

> Judgment on rehearing rendered and mailed to all parties or counsel of record on September 23, 2020

**REHEARING ACTION: September 23, 2020**

**Docket Number: 19   00487-CA**

**SUCCESSION OF GABRIEL FUSELIER
VERSUS
BILLEAUD SUGAR FACTORY, ET AL.**

**Appealed from St. Martin Parish Case No. 82443**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty
Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Billeaud Sugar Factory** has this day been

**DENIED.**

cc: Russel J. Cremaldi, Counsel for the Appellee
    Allan Leland Durand, Counsel for the Appellee
    Hon. J. Phillip Haney, Counsel for the Appellee